IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02658-WYD-CBS

COURTNEY MARTIN,

    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice (ECF No. 20) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, it is hereby

ORDERED that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

Dated:  February 25, 2014

                        BY THE COURT:

                        /s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        SENIOR UNITED STATES DISTRICT JUDGE